No. 69325.—Ignaz Strauss & Co., Inc. *v.* United States, protests 64/15757, 64/22336, and 64/22337 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "A" consist of miniature coffee or tea sets similar in all material respects to those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. 298, C.D. 1426), and that the items marked "B" consist of toy furniture sets the same as those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (34 Cust. Ct. 145, C.D. 1695), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 27, 1965

No. 69326.—Gosho Trading Co., Inc. *v.* United States, protest 61/8538(A) (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.